Maria C. Dilullo DUCA, a/k/a Maria
Dilullo Duca, Appellee,

v.

Paul J. DUCA, a/k/a Paul
Duca, Appellant.

Supreme Court of Pennsylvania.

Argued Oct. 16, 2000.

Decided Jan. 19, 2001.

### *ORDER*

PER CURIAM:

**AND NOW,** this 19th day of January, 2001, the appeal in the above captioned case is dismissed as improvidently granted. In addition, Appellee's Motion to Quash Appellant's Reply Brief is denied.

■

COMMONWEALTH of Pennsylvania,
Respondent,

v.

Allbean ARRINGTON, Petitioner.

Supreme Court of Pennsylvania.

Jan. 29, 2001.

### *ORDER*

PER CURIAM:

**AND NOW,** this 29th day of January, 2001, the petition for allowance of appeal is denied without prejudice to petitioner's ability to challenge counsels' effectiveness in a timely petition for post-conviction relief.